18th JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 38222     DIVISION: B

RIVER BIRCH INCORPORATED

VERSUS

ENVIRONMENTAL AND INSULATION SERVICES, LLC and FELTON CHARLES

FILED: _____, 2013     _____
                                                                              DEPUTY CLERK

****************************************************

## JUDGMENT

Defendant failing to appear and answer, and the legal delay in which to answer having elapsed and plaintiff making due proof of claim herein;

IT IS ORDERED, ADJUDGED AND DECREED, that the Plaintiff, RIVER BIRCH INCORPORATED, have Judgment and recover against Defendant, FELTON CHARLES (XXX-XX-7514), in the principal amount of One Hundred Eight Thousand Eight Hundred Nine and 64/100 ($108,809.64) Dollars, with interest thereon at the rate of six (6%) percent per annum from March 20, 2009, until paid, plus reasonable attorney fees for the collection of this amount, and all costs in connection with the filing of this lawsuit.

Port Allen, Louisiana this 17th day of October, 2013.

_____
JUDGE

Respectfully Submitted,

_____
John H. Thomas, Jr., LSBA 31550
3329 Florida Ave.
Kenner, LA 70065
Phone: 504-469-6699
Fax: 504-467-1866

PLEASE SERVE:

Felton Charles
1814 East B North Street
Rayne, LA 70578

CERTIFIED
TRUE COPY

_____
Kathy Waguespack
DEPUTY CLERK
WEST BATON ROUGE PARISH

|  | | Invoice #1268693 |
|---|---|---|
| | | Date: 11/04/2013 |
| ACADIA PARISH CLERK OF COURT | | Time: 10:52:47 |
| PO BOX 922 | | |
| CROWLEY LA 70527-0922 | | Check #83774 |
| | | Purchaser: JOHN H THOMAS JR |
| | | Deputy: SUEM |
| D'AQUILA MULLINS & CONTRERAS | | |
| 3329 FLORIDA AVE | | |
| KENNER LA 70065 | | |

### Check Receipt

| Qty | Category | Comments | Price | Ext Price |
|-----|----------|----------|-------|-----------|
| 1 | RECORD | #846406 BK913-PG199 JUDGMENT F CHARLES | 25.00 | 25.00 |

HAVE A GREAT DAY!!

Total $25.00